NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NINTENDO OF AMERICA, INC., MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, KMART CORPORATION, TARGET CORPORATION,** AND **TOYS 'R' US-DELAWARE, INC.,**
*Petitioners.*

---

2014-132

---

On Emergency Motion for Stay of District Court Proceedings in the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00032-JRG and 2:13-cv-00289-JRG, Judge J. Rodney Gilstrap.

---

**O R D E R**

In view of this court's concurrent grant of Nintendo of America, Inc. et. al.'s petition for a writ of mandamus to sever, transfer, and stay,

IT IS ORDERED THAT:

This emergency motion is denied as moot.

FOR THE COURT

   June 25, 2014              /s/  Daniel  E.  O'Toole
       Date                  Daniel E. O'Toole
                                        Clerk of Court

s19